

## 2012 CONTRACT MEMORANDUM

DATE:       January 23, 2012

TO:         2012 Maryland Renaissance Festival Vendors

FROM:       Jules Smith – General Manager

RE:         Executed contract copy for your records

Enclosed please find a copy of the signed contract for your records for the 36ᵗʰ Annual Maryland Renaissance Festival.

During the winter and spring the Festival office observes hours from 9:00 AM to 4:00 PM during business days Monday through Friday. The site is locked at 4:00 PM and is not open for you to visit during the weekends. Please contact the office prior to arriving to ensure we are not observing an obscure holiday and check in when you arrive so that everyone is accounted for when we close up at the end of the day.

During the next few weeks we will jury in new vendors and schedule Guest Vendors spots. The next information you will receive will be in the spring when booth evaluations are completed and forwarded to you. In addition you will receive materials concerning the up-coming season relating to insurance, passes and other participant information as necessary.

Thus far it has been a very mild winter and the site has held up well as have all of your stands. Several meeting have been held regarding plans for this upcoming season. We will be bringing back several of the most popular special event weekends and are installing back-up electric panels to convert to generator use if necessary for an emergency. I will relay additional plans in the next mailing after we have mapped out our site plans for season.

Until you arrive for the Festival, travel safely if you participate in other events and I look forward to seeing you here for a great season.

*Maryland Renaissance Festival* ■ P.O. Box 315 ■ *Crownsville, Maryland* 21032-0315
local: (410) 266-7304 ■ toll-free: (800) 296-7304 ■ fax: (410) 573-1508
*http://www.rennfest.com*



**EXHIBIT 2**



# 2012 CRAFT VEND~~OR~~ ~~LICENS~~E AGREEMENT

Please read all conditions and restrictions before signing. Return signed contract and all fees by December 31, 2011 to:

**Maryland Renaissance Festival**
**P.O. Box 315**
**Crownsville, MD  21032**

Please fill in the requested information below:

**NAME:** *Gene Jaeger*

**BUSINESS NAME:** *Unicorn Strings Music Co.*
(Please provide how you would like it to be listed in the 2012 Program)

**HOME ADDRESS & APT. #** *18011 SW 111 St.*

**CITY/STATE/ZIP** *Brooker FL 32622*

**BUSINESS ADDRESS** *18011 SW 111 St.*
(Please check box if you would like this information given to our patrons if requested) ✓

**CITY/STATE/ZIP** *Brooker FL 32622*

**HOME PHONE NUMBER** *(352) 485-2929* **BUSINESS PHONE NUMBER** *(352) 485-2640* ✓

**e-mail** *genejaeger@unicornstrings.com* ✓ **Web Site** *unicornstrings.com* ✓

**MD RETAIL SALES TAX #** _____
If you do not have one leave this space blank and a withholding form will be mailed to your permanent address.

**LIABILTY INSURANCE COMPANY'S NAME** *RLI Insurance Co.*

**POLICY NUMBER** *BOP 1009642* **EXPIRATION DATE** *7/30/12*
General and product liability insurance in the amount of $1,000,000/$2,000,000 is required. To avoid a $150.00 penalty, the certificate must be on file in the festival office three weeks before the show opens.

**WORKMAN'S COMP. INSURANCE COMPANY'S NAME** *IWIF to be renewed for 2012*

**POLICY NUMBER** _____ **EXPIRATION DATE** _____

OR

**SOLE PROPRIETOR CERTIFICATE ATTACHED TO CONTRACT** _____

**Signature of Vendor** *[signature]* **DATE** *12/22/11*

Maryland Renaissance Festival ▪ P.O. Box 315 ▪ Crownsville, Maryland 21032-0315
local: (410) 266-7304 ▪ toll-free (800) 296-7304 ▪ fax: (410) 573-1508

*http://www.rennfest.com*

International Renaissance Festivals, Ltd., d.b.a. Maryland Renaissance Festival, hereinafter called "Landlord", and the Vendor, hereinafter called "Tenant" agree as follows:

1. The terms of the Lease will be for a period of days, those days being August 25, 26; September 1, 2, 3, 8, 9, 15, 16, 22, 23, 29, 30; October 6, 7, 13, 14, 20 & 21, 2012, the "season", which days shall be the dates of Landlord's Renaissance Festival held on Landlord's Festival site adjacent to Crownsville Road in Annapolis, Maryland. The duration of this lease is for one season. Additional leases will be offered upon review of tenant's participation subsequent in Landlord's 2012 Festival.

   ITEMS TO BE SOLD: Please provide a detailed listing of all items to be sold in the space provided below. If you need additional space, a separate sheet of paper may be attached to the contract. All items are subject to approval by the Landlord. Any additional items or changes in *product must be submitted at least 60 days prior to the opening of the Festival* for consideration. Product shall not be sold without Landlord express approval.

   Bowed Psalteries (musical instruments) and accessories including instructional DVD, cases, tuners, music books and CDs featuring the psaltery

2. Tenant shall not assign or sublet any part of this Lease without prior written consent of the Landlord.

3. In consideration of the Leased space, Tenant shall remit to Landlord a fee of $900.00 prior to December 31, 2011. In addition, Tenant shall pay a cleanup deposit of $50.00. Said deposit will be refunded at the close of each Festival season if Tenant's space is left in a clean and orderly fashion, or, carried over to the next year's Festival if Tenant returns. All fees are due with the return of the Lease Agreement. The Lease Agreement and all fees are due by December 31, 2011. Fees are nonrefundable. All structures belonging to Tenants not returning a signed lease agreement and all fees by the due date must be placed for sale within seven days of the due date. If payment in full is not received by December 31st, Tenant may forfeit the right to participate in the festival at Landlord's sole discretion. If payment in full has not been received by March 31 or the space is not sold, Tenant's space will be deemed abandoned and become the property of Landlord to dispose of as it sees fit. It is Tenant's responsibility to verify the Landlord's receipt of fees.

4. In consideration for the time and materials required to erect a permanent building as an appropriate shop/display area, it is understood by and between the parties herein that Tenant will own the aforementioned structure, unless said structure is leased from Landlord pursuant to a separate Craft Shop Lease Agreement. Annual lease payments will be for the Festival site ground area occupied by the shop/display area and the right to sell to Festival patrons. Prior to any construction of such shop or display area, or any structural alteration thereof, Tenant shall submit to Landlord the plans therefore, including a sketch of the proposed front elevation thereof. No such construction or alteration shall commence until Landlord has given approval thereof in writing to Tenant. All construction shall be done in accordance with, and must meet, all governmental requirements thereof. Invitations to return and annual participants' contract for the lease of a specified ground area will be forwarded within thirty (30) days after the close of each year's Festival. If Tenant chooses not to return or is not invited to return by the Landlord they will have until March 31 following the last year of a signed lease agreement to negotiate the sale of their structure to a new or existing participant. The sale is subject to Landlord's approval, said approval not to be unreasonable withheld, and must be made to a craftsperson who has been invited to participate in the next Maryland Renaissance Festival season. If Tenant's structure is not sold by March 31 following the last year of a signed lease agreement the Tenant improvements will be deemed abandoned and become the property of the Landlord to dispose of as it sees fit. The provisions of this paragraph shall survive the termination of this lease.

2

Tenant's disposal obligation. Tenant will remove all materials Tenant has on the Festival grounds, including structural, portable, storage, display and living accommodations with-in the time period proscribed by the Festival in the event Landlord ceases to operate the Maryland Renaissance Festival at the current Festival site adjacent to Crownsville Road in Annapolis, Maryland. In the event Tenant does not remove any possessions Tenant will reimburse Landlord for the pro-rated share of the disposal costs of Tenant's possessions of the total of the cost of disposal of the materials removed from the site and any expenses related specifically to the Tenant's possessions. Expenses may include but are not limited to licensed service technicians, hazardous waste disposal, excess weight charges and any other fees as may be necessary to adequately dispose of Tenant's possessions. Any such charges will be itemized and payable within thirty (30) days of submission of a statement.

5. Use of space. The lease space is to be used for the sale of merchandise approved by the Maryland Renaissance Festival. No mobile sales staff or carts are permitted except where expressly stated by Maryland Renaissance Festival. No merchandise may be displayed in the path in front of the shop. The back area may be used for storage of Renaissance Festival related items only during the nine weeks of the Festival. Any other items left behind shops will be considered abandoned and removed at the shop owner's expense. Stands will be open from 10:00 a.m. _ 7:00 p.m. each day of the Festival with appropriately costumed staff. The stand will be open in inclement weather. No trees may be removed without the written consent of the Landlord. Any printed material distributed at the Festival is subject to prior written approval of Maryland Renaissance Festival.

6. No electrical, plumbing or construction work may be done without prior written consent from the Landlord and all necessary governmental requirements being met. Maintenance and upgrading of shops must comply with any reasonable demands made by representatives of the Landlord.

7. Landlord shall not be responsible in any manner or form for the failure of the Festival to open or be operable for any reason or cause whatsoever, it being the intent of all parties that all risk of operation or lack of operation of the Festival shall be borne entirely by Tenant. The Tenant shall be responsible for all damage or claims arising from or caused by the Tenant's activities. Tenant agrees to hold Landlord harmless for any liability that may be incurred as a result of Tenant's activities. Landlord shall not be held responsible for any loss by fire, wind, theft, storm, explosion, or any other damage whatsoever incurred by Tenant, save those arising directly as a result of Landlord's negligence. Tenant shall, where required by law, maintain a workman's compensation or other insurance coverage on all of Tenant's employees. Tenant will provide to Landlord proof of workman's compensation coverage for any and all employees or proof of insurance from any sub-contractor with the exception that the vendor is either self employed and has no employees or employs only immediate family members.

8. In consideration of being permitted to enter for any purpose any RESTRICTED AREA (herein defined as the areas to which admission is prohibited to the general public and spectators), or being permitted to compete, officiate, observe, work for, or for any purpose participate in any way in the event, EACH OF THE UNDERSIGNED, for himself, his/her personal representatives, heirs, agents and invitees, acknowledges, agrees and represents that he/she has, or will immediately upon entering any of such restricted areas, and will continuously thereafter, inspect such restricted areas and all portions thereof which he/she enters and with which he/she comes in contact, and he/she does further warrant that his/her entry upon such restricted area or areas and his/her participation, if any, in the event constitutes an acknowledgment that he/she has inspected such restricted area and that if, at any time, he/she is in or about a restricted area and he/she feels anything is unsafe, he/she will immediately advise the officials of such and will leave the restricted area(s); and in addition, Tenant:

A. HEREBY RELEASES, WAIVES, DISCHARGES AND COVENANTS NOT TO SUE the promoters, other participants, operators, officials, any persons in any restricted area, sponsors, advertisers, owners and lessee of premises used to conduct the event and each of them, their officers and employees, all for the purposes herein referred to as releasees, from all liability to the undersigned, his personal representative, assigns, heirs and next of kin for any and all loss or damage, and any claim or demands therefore on account of injury to the person or property or resulting in death of the undersigned, whether caused by negligence of the releasee or otherwise

3

while the undersigned is in or upon the restricted area, and/or, competing, officiating in, observing, working for, or for any purpose participating in the event.

B.    HEREBY AGREES TO INDEMNIFY AND SAVE AND HOLD HARMLESS the releasees and each of them from any loss, liability, damage, or cost they may incur due to the presence of the undersigned in or upon the restricted area or in any way competing, officiating, observing, or working for, or for any purpose participating in the event and whether caused by the negligence of the releasee or otherwise.

C.    TENANT HEREBY ASSUMES FULL RESPONSIBILITY FOR ANY RISK OF BODILY INJURY, DEATH OR PROPERTY DAMAGE due to the negligence of releasees or otherwise while in or upon the restricted area and/or while competing, officiating, observing, or working for, or for any purpose participating in the event.

D.    EACH OF THE UNDERSIGNED expressly acknowledges and agrees that the activities could be dangerous and involve the risk of serious injury and or death and or property damage. EACH OF THE UNDERSIGNED further expressly agrees that the foregoing release, waiver, and indemnify agreement is intended to be as broad and inclusive as is permitted by law of the Province or State in which the event is conducted and that if any portion thereof is held invalid, it is agreed that the balance shall, not withstanding, continue in full legal force and effect. THE UNDERSIGNED HAS READ AND VOLUNTARILY SIGNS THE RELEASE AND WAIVER OF LIABILITY AND INDEMNITY AGREEMENT, and further agrees that no oral representations, statements or inducements apart from the foregoing agreement have been made.

9.    Landlord maintains a Campground Permit issued by the proper governance body and is limited thereby to the number of spaces available. Tenant acknowledges Landlord's limitations, agrees to Landlords restriction to assure the equitable assigning of spaces as Landlord deems necessary. The limitations for eligible campground passes for Tenant named in this agreement, based on availability and at Landlord's discretion is ___1___ .

10.   For Everyone's mutual benefit and in order to preserve and insure the ambience of the Festival Tenant agrees to adhere to any rules and regulations as expressed by the Landlord or Landlord's representatives. Tenant agrees to observe and adhere to Landlord's policies as regards parking, camping, passes, pets, employees, costuming and any and all rules, regulations and policies the Landlord puts forth. This agreement will be null and void and Tenant shall surrender all claims to property improvement if Tenant violates any State or Federal Law while on Landlord's site.

11.   Tenant agrees to construct/decorate their shop in keeping with the renaissance theme and to have all employees in renaissance costuming during the hours the Festival is open to the public.

12.   The Landlord reserves the right to extend the Festival any number of weekends to compensate for inclement weather. Notification of any extension will be given as soon as a decision is made. Tenant hereby agrees to have Tenant's shop open for business during all hours the Festival is open to the public; and should the Festival be closed by the Landlord on any such operational day, Tenant agrees to keep open for business until such closing is announced.

13.   Landlord reserves the right to cancel this Lease at any time prior to the opening of the Festival upon the return of the fee paid by the Tenant if, for any reason (such as but not limited to, Acts of God, governmental action, etc.) Landlord in its judgment is unable to hold the Festival.

14.   Tenant is responsible for Tenant's employees and enforcing any and all Landlord policies with Tenant's employees. Tenant is further responsible for informing employees of Landlord's regulations and policies. Tenant will be held responsible for any employee actions which are in violation of Landlord's policies and regulations.

4

15. No pets will be allowed on the Festival site, campground or parking lot.

16. Insurance: Current certificate of insurance must be received by Landlord on or before August 3, 2011. Tenant will be assessed a penalty of $150.00 if Landlord has not received a valid certificate of insurance by the above mentioned date. The penalty does not take the place of a current certificate of insurance. Tenant will not be allowed to operate until the current certificate of insurance, and penalty, if applicable, has been received by the Landlord. It is Tenant's responsibility to verify the Landlord's receipt of a current certificate of insurance.

Policies must be on an occurrence basis. We will not accept "claims made" coverage. Coverage must be with Best's "A" rated carriers reasonably acceptable to International Renaissance Festivals, LTD.

The following statements must appear on each certificate (if it is necessary to attach that statement on a separate piece if paper the attachment should be signed, dated and clearly referenced in the certificate); INTERNATIONAL RENAISSANCE FESTIVALS, LTD D/B/A MARYLAND RENAISSANCE FESTIVAL is an additional insured on all policies other than Workers' Compensation.

17. In recognition of the unique nature and specific target market of the event, Tenant hereby covenants and agrees not to contract or sell products, directly or indirectly, or otherwise engage in or be involved with a multi weekend renaissance faire, festival or themed event for a period of eighteen months from and after December 31, 2012, anywhere within a radius of one hundred (100) miles of the Maryland Renaissance Festival in Crownsville, Maryland without the express written consent of International Renaissance Festivals, Ltd., a Maryland corporation, d.b.a. Maryland Renaissance Festival, which consent may be granted or withheld at the sole discretion of International Renaissance Festivals, Ltd.

18. Amendments (to be filled in only by Landlord:_____

_____

_____

19. This agreement contains the entire understanding of the parties, and no oral or other representation, not contained herein, shall be binding upon the parties hereto unless in writing.

I HAVE READ THE ABOVE AGREEMENT AND UNDERSTAND THE CONDITIONS, RESTRICTIONS, WAIVERS AND RELEASES THEREIN;

Signed this _____22H_____ day of _December_ 20_11_

_____
TENANT

_____
Julius C. Smith _ Vice President
For Landlord

5