IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EUGENE G. JAEGER,                    :

  Plaintiff                         :   CIVIL NO.:

  vs.                               :   15-CV-02632 RDB

INTERNATIONAL RENAISSANCE           :
FESTIVALS, LTD., dba MARYLAND
RENAISSANCE FESTIVAL,
  Defendant.                        :   August 23, 2016


                - - - - - - - - - - - - - - - - - -


        The deposition of JULES SMITH, taken on

Tuesday, August 23, 2016, commencing at 2:17 p.m.,

at 100 South Charles Street, Suite 1401,

Baltimore, Maryland 21201, before Shannon M.

Wright, a Notary Public.


                - - - - - - - - - - - - - - - - - -


Reported by:
  Shannon M. Wright

**EXHIBIT 3**

APPEARANCES:

  On behalf of Plaintiff

        JOHN P. COLE, ESQUIRE
        The Law Office of John P. Cole, LLC
        401 Cherry Street, Suite 610
        P.O. Box 1801
        Macon, Georgia 31202
        Ph (478) 238-4716
        johnpcole01@bellsouth.net


  On behalf of Defendant

        JONATHAN D. NELSON, ESQUIRE
        Ferguson, Schetelich & Ballew, P.A.
        100 South Charles Street, Suite 1401
        Baltimore, Maryland 21201
        Ph (410) 837-2200
        jnelson@fsb-law.com

Deposition of Jules Smith                Eugene G. Jaeger v. International Renaissance Festivals, LTD., dba Maryland Rena

A    No.

Q    No.  So no maintenance logs for items like replacing straw or adding gravel or sweeping away water puddles or --

A    No.

Q    Okay.  Had you had any prior complaints or notifications about boardwalk conditions in that location before?

A    When you say any, I'm trying to recall any.  I do not recall any with the boardwalk.  Only in proximity to the boardwalk, people slipping on gravel.  And at the very end of the boardwalk where the steps are, shortly after it was built, a woman was looking at the stained glass windows on the second story, and she just walked off the end of the boardwalk.  She broke her ankle.

Q    You said the second story.

Was she in a booth?

A    She was walking on the boardwalk, and she was looking at the second story stained

A    I don't know right now, and I know that says sound bad, but elements of the tickets are preprinted, so I don't know if it's on the back anymore or not.  It was never very lengthy.  It was only two sentences or so.

Q    Is there any signage at the festival along the same lines?

A    When we feel that there's a need for it, in particular with bad weather, we would post something that some attractions may be closed.  We list them if we know which ones they are, and we would screen off areas if we didn't want people utilizing them, which happens, you know, in our parking lot.  We don't want people parking on inclines if it's raining.  We would -- we use construction or surveyor's tape to close areas.  It even happens when you'll find, suddenly, a nest of the ground hornets, and you go around and do all the trees in the area until we can get the company there.  The inherent surprises that come with running an

outdoor event in a wooded setting sometimes cause you to do some things that you can't plan ahead for.

Q    The -- is the festival handicap accessible, or is it -- I don't know.  Do you know if it's required to be?

A    We try and follow the ADA requirements as best as possible.  That passed in '91 or '92, and so a lot of the structures predated that; although, we've encouraged everybody to adjust wherever possible.  In that particular area along that path, which is called Mary's Dale Way, because the buildings were built at a higher grade then, the path in front -- or a number of the buildings were, because the back of the building we wanted above grade so that earth would not come into the buildings.  Then that meant that the front was higher than the grade as well.  And there is more leniency that those are the booths with the least compliance to ADA, but if the vendors make concessions to

CRC Salomon, Inc.
Office (410) 821-4888

www.crcsalomon.com - info@crcsalomon.com
2201 Old Court Road, Baltimore, MD 21208

Page: 31
Facsimile (410) 821-4889

of -- or an amount sufficient that we would shovel it off of the boardwalk.

Q    Do you recall any other slip-and-fall incidents on the boardwalk?

A    Other than what I mentioned, the gravel before, and then the woman stepping off the end, I don't know of any incidents on the boardwalk.

Q    And if you would, confirm for me the material that's between the boardwalk and the booths down in that area.

A    It's gravel consisting of several kinds, and that's a whole science.  But CR-6 is a certain size.  Number 6 refers to it.  And then the CR is crush or run, which means it has a bluestone dust.  They call it dust.  It's more than that.  It's -- it's almost granulated that helps compact and lock everything in place.  We also use number 8, or some firms call it 57, which is a very small but very angular bluestone.  And it's washed.  It has no granules or soil in it, so it makes a very nice looking

CRC Salomon, Inc.
Office (410) 821-4888

www.crcsalomon.com - info@crcsalomon.com
2201 Old Court Road, Baltimore, MD 21208

Page: 33
Facsimile (410) 821-4889