

PENGAD 800-631-6989
DEPOSITION EXHIBIT
Jaeger
1
8·23·16

**EXHIBIT 4**