## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION

| | | |
|---|---|---|
| EUGENE G. JAEGER, | * | |
| Plaintiff | * | |
| v. | * | Civil Action: 15-CV-02632 RDB |
| INTERNATIONAL RENAISSANCE | * | |
| FESTIVALS, LTD. dba MARYLAND | | |
| RENAISSANCE FESTIVAL | * | |
| Defendant | | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### AFFIDAVIT OF JULES SMITH

I, Jules Smith, am the President of International Renaissance Festivals, Ltd. d/b/a Maryland Renaissance Festival and certify, as follows:

1.    I am over eighteen (18) year of age and competent to testify to the matters set forth herein.

2.    Prior to Plaintiff's slip-and-fall on September 9, 2012, International Renaissance Festivals, Ltd. d/b/a Maryland Renaissance Festival ("IRF"), including its employees and agents, had no knowledge of the existence of the spot on the boardwalk on which Plaintiff allegedly slipped and fell on September 9, 2012.

3.    IRF, including its employees and agents, did not cause the spot on the boardwalk on which Plaintiff allegedly slipped and fell on September 9, 2012.

4.    IRF, including its employees and agents, has no knowledge or information as to when the spot on which Plaintiff allegedly slipped and fell on September 9, 2012, came to be and/or accumulated on the boardwalk.

**EXHIBIT 6**

I declare and affirm under the penalties of perjury that the foregoing statements are true and correct based on my personal knowledge.

Jules Smith
President, International Renaissance
Festivals, Ltd. d/b/a Maryland
Renaissance Festival