# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

EUGENE G. JAEGER,                    :

  Plaintiff                          :   CIVIL NO.:

 vs.                                 :   15-CV-02632 RDB

INTERNATIONAL RENAISSANCE      :
FESTIVALS, LTD., dba MARYLAND
RENAISSANCE FESTIVAL,
    Defendant.                       :   August 23, 2016

-------------------

The deposition of JULES SMITH, taken on

Tuesday, August 23, 2016, commencing at 2:17 p.m.,

at 100 South Charles Street, Suite 1401,

Baltimore, Maryland 21201, before Shannon M.

Wright, a Notary Public.

-------------------

Reported by:
 Shannon M. Wright

work beyond our scope.  Septic tanks.  Equipment repair, that type of thing.  Electrical work.

Q   So more construction or trade work that -- beyond your crews day-to-day --

A   Correct.

Q   -- operations?

The -- the instant that's the subject of the complaint allegedly occurred on a walkway or a boardwalk in the area near where Mr. Jaeger's booth was.

Are you familiar with the construction of that walkway?

A   Yes, I am.

Q   And do you recall when it was built?

A   1991.

Q   And who -- who built it?

A   We were the general contractor, and we had different people involved.  Bassford Construction did the cement piers, and we hired some freelance carpenters to work with us and do various components.

A    Approximate, 300 feet by 12 wide, I believe.

Q    And since 1991, have you -- or has the festival replaced any of the material for that boardwalk?

A    Oh, yes.

Q    Such as?

A    Railings.

Every year, we look at all of our facility and -- and make a determination what needs to be addressed.  And so we make sure things are tight and not wiggling.  The railings in particular.  Steps.  But, generally, the -- the main structure of the boardwalk has not been changed.

MR. COLE:  Let's mark this as Number 1.

(Whereupon, Smith Deposition Exhibit No. 1, marked.)

Q    Mr. Smith, I'm going to show you what's been marked as Exhibit Number 1, a group of documents that have been provided in the written

any annual inspections by local government?

A   No.  Once it received its final inspection, it was permitted to be used.

We do, on an annual basis, have fire inspections, but that really doesn't examine any of the components of the festival.  Only fire safety.  The smoke detectors, fire extinguishers, areas of egress.

Q   Does the fire -- the annual fire inspection, does it examine any of the structures that are used for the booths, or -- let me rephrase it.

Are the booths part of the area they inspect for smoke detectors and fire egress and --

A   Primarily the booths.  The individual vendor shops.

Q   But not the walk -- not the boardwalk itself?

A   I don't do it with the firemen.  There are a number of them out there.  I know that

like to fix or that have been going long enough that they maybe need to be addressed.

Q   The surface of the -- the walking surface of the boardwalk, is it still using the pressure-treated lumber as it was apparently when it was constructed?

A   Yes.  It's two-by-six pressure-treated lumber.

Q   And does it have any adhesive treads or carpeting or any other material applied on top of that besides the boards?

A   No.  Except at the edges of steps, it has a paint so that people can identify the edges.

Q   Are there steps along the walkway itself?

A   Yes.

(Whereupon, Smith Deposition Exhibit No. 2, marked.)

MR. COLE:  Okay.  This is Number 2, which should look familiar.

Q   Do you recall if he was in a cast or sling or --

A   He was in a cast.

Q   All right.  And in addition to the -- in addition to your spring walk-through of the different facilities, does the -- does the festival have any other inspection plan during the festival?

A   We do not have a formalized inspection plan.

We are there every day almost all daylight hours just working the grounds.  And with my brothers, we've just become familiar with what needs repair and what's become broken, and then whatever people report to us.

Q   You had mentioned a brother Adam.

And who are the other brothers?

A   My next oldest brother is Mark Smith and then Justin Smith, and Adam is the youngest, who are involved in this project.

Q   So those four brothers are involved in

generally do -- oversee the office work.  My brother Mark is the physical plant manager.  My brother Adam is the construction manager, and my brother Justin is the food and beverage manager.

Q   We talked a little bit about inspections and that there's not a formalized inspection plan, but a kind of inspect-as-you-go program.  Is that -- that's my summary, but you were telling us that you and your brothers are there all the time looking at what needs to be done and responding to any reports, but there's not a formalized daily inspection log or a weekly inspection protocol?

A   No, there is not.

Q   Is -- is there a daily or weekly maintenance plan that dictates when grass is cut or leaves are blown or toilets are cleaned?  Is there -- is there a plan for that during the nine weeks of the festival?

A   There's a cycle to the festival, so we prepare each weekend in anticipation depending

on the condition of the grounds, whether or not more material will be -- have to be added.  If it's rained during the week or is anticipated for the weekend, we would put gravel in areas. We would use straw as a stabilizer, because the grass is all worn away from the number of people walking there.  So that's the cyclical aspect of the festival.

Again, generally after each weekend, you repair anything that may have been broken, any limbs that may have come down, take those away, clean the grounds.  And then it's a lot of inventory and deliveries midweek.  And then you begin your final preparations at the end of the week again when some -- I hesitate to say preventative maintenance, but you're anticipating what the grounds will need for the customers to be out there to enjoy themselves.

Q    Do you recall any need for that kind of maintenance in the area around Mr. Jaeger's booth the week before his fall?

A    I don't recall anything specific during that week.  I don't.

Q    Do you have any notion of -- of what may have caused his fall?

A    If I had to guess, the rain that occurred in the previous six, eight hours was pretty substantial and lasted -- it's my recollection, lasted to just after the time that we opened the festival at 10:00.  And I recall being relieved that it ended.  And at that point, we all tried to see if there was anything that can be done, if there's standing water on the grounds that can be addressed.

Q    Do you know if -- if there were any issues to be addressed then on that day around booth 842 and the others there at that end of the boardwalk?

A    No, I don't.

Q    Would any such repairs or -- or issues to be addressed anywhere in the festival be documented in some kind of log?

A    No.

Q    No.  So no maintenance logs for items like replacing straw or adding gravel or sweeping away water puddles or --

A    No.

Q    Okay.  Had you had any prior complaints or notifications about boardwalk conditions in that location before?

A    When you say any, I'm trying to recall any.  I do not recall any with the boardwalk. Only in proximity to the boardwalk, people slipping on gravel.  And at the very end of the boardwalk where the steps are, shortly after it was built, a woman was looking at the stained glass windows on the second story, and she just walked off the end of the boardwalk.  She broke her ankle.

Q    You said the second story.

Was she in a booth?

A    She was walking on the boardwalk, and she was looking at the second story stained

glass window.

Q   Are some of the booths two stories high?

A   About half of them are.

Q   How about Mr. Jaeger's booth, the one he used?

A   Yes.

Q   So it's two stories high.

And in relation to the grade of the boardwalk, how high are the booths in that area?

A   How high?  The grade in that area do you mean?

Q   Do you have to step up from the boardwalk and the -- and the gravel to get into a booth like Mr. Jaeger's?

A   In his booth, yes, you do.  In -- in perhaps two-thirds of them, you do.  The others either are at grade or have a ramp, but there's generally some -- yes, there's some grade differential.

Q   Do the guests of the festival -- do

they receive any notice or warning about the nature of the outdoor festival and their care for their own safety?

A    Well, I know what you mean.

Q    I'm trying to -- I don't know how to word it, but do they -- they receive something on the back of their ticket or --

A    Yes.

Q    -- by posted signs?  What do they receive?

A    There was a disclaimer on the back of the ticket when we had our tickets preprinted by a ticket company in Pennsylvania.  We no longer do that, and we print the tickets as they come out of a ticket-printing machine.  And in order to manage the box office, we now also offer online ticket sales, and it's just a different animal than it was even three, four years ago.

Q    So do the patrons -- well, do the guests now receive any kind of similar disclaimer?

A    I don't know right now, and I know that says sound bad, but elements of the tickets are preprinted, so I don't know if it's on the back anymore or not.  It was never very lengthy.  It was only two sentences or so.

Q    Is there any signage at the festival along the same lines?

A    When we feel that there's a need for it, in particular with bad weather, we would post something that some attractions may be closed.  We list them if we know which ones they are, and we would screen off areas if we didn't want people utilizing them, which happens, you know, in our parking lot.  We don't want people parking on inclines if it's raining.  We would -- we use construction or surveyor's tape to close areas.  It even happens when you'll find, suddenly, a nest of the ground hornets, and you go around and do all the trees in the area until we can get the company there.  The inherent surprises that come with running an

people who require assistance and it is grandfathered in, that's permitted.

Q   Have you had any issues with earth or soil from that grade washing down toward this walkway?

A   Washing in a just general sense.  I won't say there was ever a washout.  I won't say there was a mudslide anywhere.  I would just say that -- that generally soil goes -- flows with the water.

Q   So -- so have you -- has the festival ever been -- found the need to remove silt or mud from the boardwalk?

A   We've pressure-washed the boardwalk, and it's not often.  It's about every four years or so.  I cannot recall any time where we used any equipment or any -- I'll only say that we -- we sweep or we use leaf-blowers to clean it off on a -- generally a daily basis in anticipation of a show opening just for presentation purposes.  But I can't recall any large amount

of -- or an amount sufficient that we would shovel it off of the boardwalk.

Q   Do you recall any other slip-and-fall incidents on the boardwalk?

A   Other than what I mentioned, the gravel before, and then the woman stepping off the end, I don't know of any incidents on the boardwalk.

Q   And if you would, confirm for me the material that's between the boardwalk and the booths down in that area.

A   It's gravel consisting of several kinds, and that's a whole science.  But CR-6 is a certain size.  Number 6 refers to it.  And then the CR is crush or run, which means it has a bluestone dust.  They call it dust.  It's more than that.  It's -- it's almost granulated that helps compact and lock everything in place.  We also use number 8, or some firms call it 57, which is a very small but very angular bluestone.  And it's washed.  It has no granules or soil in it, so it makes a very nice looking

presentation, and it's also pretty good for traction.

Q    And these two, are they used in different places for different purposes, or have they have been used in different ways at different times?

A    Generally, you put down CR-6 to create a foundation, and then you use something else because it's easier to get strollers through. And, like I said, it provides pretty good traction for people walking around.

Q    You mentioned that the -- the color is -- I want to say bluestone.

Is that a term you used?  What -- what is -- what is that?  Is that an actual color?

A    It's more blue than gray, but yes. It's Maryland bluestone.  I'm -- I'm from Minnesota originally, so these are -- I just adopted whatever I was told.

Q    And your recollection is -- is that it had rained the morning of Mr. Jaeger's fall, and

that the rain had stopped at some point just before the gates opened?

A    My recollection is overnight and into the morning, and -- and I recall being relieved, just after we opened for the day, that it was stopped.

Q    Does the -- does the festival go on rain or shine?

A    We tell people we do.  I have closed it for three days, but I've only closed it twice. Once was for a weekend because of a -- a hurricane came up the Chesapeake Bay.  That was just three years ago or so and our first weekend, and so we closed it at 2:30 that afternoon as the State Fair here in Timonium. And then we were closed Sunday as well so that we could take care of trees that were damaged and -- and improve the ground.  And then previously 1987 was the last time I had closed it.

Q    So a rare event?

in my show.  It improves my show.  And so I was less concerned about nickel and diming him than I was about filling my show and having vendors that would attract customers.

Q    Okay.  Let me see.  If I can refer you to the bottom of page 3 of Exhibit 5, paragraph 8.  There's some language in there about restricted areas and releases and waivers.

What -- what is a restricted area?

A    Generally where the public's not allowed to go, or areas, when the festival's closed, that -- because there are other activities that go on during the week that could be hazardous.  When we're delivering beer on Mondays or doing construction in areas and have areas closed off.  So, generally, though, it refers to the areas that are the customer side and the vendor side.

Q    Do you know whether the area in which Mr. Jaeger fell -- was that a restricted area or not?

A    No.   It's in the public area.

Q    Public area?

A    Mm-hmm.

MR. COLE:   I don't have any other questions.

MR. NELSON:   I'm just going to go on the record and say counsel and I had a conversation off record.   Mr. Smith was -- presence requested here to be deposed as his individual knowledge related to the festival, which I believe he has done.   He was not asked here as a corporate representative, and I don't think there's any dispute about that.   But just making the record clear that Mr. Smith was testifying here in his personal capacity with his personal knowledge.

Otherwise, I don't have any questions, and we will read and sign.

(Whereupon, examination concluded at 3:14 p.m.)

------------------