```
        IN  THE  UNITED  STATES  DISTRICT  COURT
           FOR  THE  DISTRICT  OF  MARYLAND
                 NORTHERN  DIVISION
```

EUGENE G. JAEGER,                          :

   Plaintiff                               :   CIVIL NO.:

   vs.                                     :   15-CV-02632 RDB

INTERNATIONAL RENAISSANCE           :
FESTIVALS, LTD., dba MARYLAND
RENAISSANCE FESTIVAL,
   Defendant.                              :   August 23, 2016

- - - - - - - - - - - - - - - - - - -

The deposition of JULES SMITH, taken on Tuesday, August 23, 2016, commencing at 2:17 p.m., at 100 South Charles Street, Suite 1401, Baltimore, Maryland 21201, before Shannon M. Wright, a Notary Public.

- - - - - - - - - - - - - - - - - - -

Reported by:
  Shannon M. Wright

EXHIBIT B

APPEARANCES:

On behalf of Plaintiff

        JOHN P. COLE, ESQUIRE
        The Law Office of John P. Cole, LLC
        401 Cherry Street, Suite 610
        P.O. Box 1801
        Macon, Georgia 31202
        Ph (478) 238-4716
        johnpcole01@bellsouth.net


On behalf of Defendant

        JONATHAN D. NELSON, ESQUIRE
        Ferguson, Schetelich & Ballew, P.A.
        100 South Charles Street, Suite 1401
        Baltimore, Maryland 21201
        Ph (410) 837-2200
        jnelson@fsb-law.com

Q    Do you recall if he was in a cast or sling or --

A    He was in a cast.

Q    All right.  And in addition to the -- in addition to your spring walk-through of the different facilities, does the -- does the festival have any other inspection plan during the festival?

A    We do not have a formalized inspection plan.

We are there every day almost all daylight hours just working the grounds.  And with my brothers, we've just become familiar with what needs repair and what's become broken, and then whatever people report to us.

Q    You had mentioned a brother Adam.

And who are the other brothers?

A    My next oldest brother is Mark Smith and then Justin Smith, and Adam is the youngest, who are involved in this project.

Q    So those four brothers are involved in

Deposition of Jules Smith                    Eugene G. Jaeger v. International Renaissance Festivals, LTD., dba Maryland Rena

the festival --

A    Yes.

Q    -- operation?

Does anyone else working with the company have any duties as to inspections of the festival grounds during the festival?

A    Yes, but --

Q    Who else might that be?

A    -- but they have their own areas.

The -- the entertainment director more closely looks at the stages and the sound systems.

The employee manager more closely looks at the work environment for employees, and we do have some laborers.  They are not the same people who were working for us then.

Q    Do you have like a chief physical plant director, or are you and your brothers taking on that role?

A    We're like farmers.  Everybody pitches in.  We have titles.  I'm president and

Deposition of Jules Smith                    Eugene G. Jaeger v. International Renaissance Festivals, LTD., dba Maryland Rena

generally do -- oversee the office work.  My brother Mark is the physical plant manager.  My brother Adam is the construction manager, and my brother Justin is the food and beverage manager.

Q   We talked a little bit about inspections and that there's not a formalized inspection plan, but a kind of inspect-as-you-go program.  Is that -- that's my summary, but you were telling us that you and your brothers are there all the time looking at what needs to be done and responding to any reports, but there's not a formalized daily inspection log or a weekly inspection protocol?

A   No, there is not.

Q   Is -- is there a daily or weekly maintenance plan that dictates when grass is cut or leaves are blown or toilets are cleaned?  Is there -- is there a plan for that during the nine weeks of the festival?

A   There's a cycle to the festival, so we prepare each weekend in anticipation depending

Deposition of Jules Smith                    Eugene G. Jaeger v. International Renaissance Festivals, LTD., dba Maryland Rena

on the condition of the grounds, whether or not more material will be -- have to be added.  If it's rained during the week or is anticipated for the weekend, we would put gravel in areas. We would use straw as a stabilizer, because the grass is all worn away from the number of people walking there.  So that's the cyclical aspect of the festival.

Again, generally after each weekend, you repair anything that may have been broken, any limbs that may have come down, take those away, clean the grounds.  And then it's a lot of inventory and deliveries midweek.  And then you begin your final preparations at the end of the week again when some -- I hesitate to say preventative maintenance, but you're anticipating what the grounds will need for the customers to be out there to enjoy themselves.

Q    Do you recall any need for that kind of maintenance in the area around Mr. Jaeger's booth the week before his fall?

A    I don't recall anything specific during that week.  I don't.

Q    Do you have any notion of -- of what may have caused his fall?

A    If I had to guess, the rain that occurred in the previous six, eight hours was pretty substantial and lasted -- it's my recollection, lasted to just after the time that we opened the festival at 10:00.  And I recall being relieved that it ended.  And at that point, we all tried to see if there was anything that can be done, if there's standing water on the grounds that can be addressed.

Q    Do you know if -- if there were any issues to be addressed then on that day around booth 842 and the others there at that end of the boardwalk?

A    No, I don't.

Q    Would any such repairs or -- or issues to be addressed anywhere in the festival be documented in some kind of log?

A    No.

Q    No.   So no maintenance logs for items like replacing straw or adding gravel or sweeping away water puddles or --

A    No.

Q    Okay.  Had you had any prior complaints or notifications about boardwalk conditions in that location before?

A    When you say any, I'm trying to recall any.  I do not recall any with the boardwalk. Only in proximity to the boardwalk, people slipping on gravel.  And at the very end of the boardwalk where the steps are, shortly after it was built, a woman was looking at the stained glass windows on the second story, and she just walked off the end of the boardwalk.  She broke her ankle.

Q    You said the second story.

Was she in a booth?

A    She was walking on the boardwalk, and she was looking at the second story stained

people who require assistance and it is grandfathered in, that's permitted.

Q    Have you had any issues with earth or soil from that grade washing down toward this walkway?

A    Washing in a just general sense.  I won't say there was ever a washout.  I won't say there was a mudslide anywhere.  I would just say that -- that generally soil goes -- flows with the water.

Q    So -- so have you -- has the festival ever been -- found the need to remove silt or mud from the boardwalk?

A    We've pressure-washed the boardwalk, and it's not often.  It's about every four years or so.  I cannot recall any time where we used any equipment or any -- I'll only say that we -- we sweep or we use leaf-blowers to clean it off on a -- generally a daily basis in anticipation of a show opening just for presentation purposes.  But I can't recall any large amount

of -- or an amount sufficient that we would shovel it off of the boardwalk.

Q    Do you recall any other slip-and-fall incidents on the boardwalk?

A    Other than what I mentioned, the gravel before, and then the woman stepping off the end, I don't know of any incidents on the boardwalk.

Q    And if you would, confirm for me the material that's between the boardwalk and the booths down in that area.

A    It's gravel consisting of several kinds, and that's a whole science.  But CR-6 is a certain size.  Number 6 refers to it.  And then the CR is crush or run, which means it has a bluestone dust.  They call it dust.  It's more than that.  It's -- it's almost granulated that helps compact and lock everything in place.  We also use number 8, or some firms call it 57, which is a very small but very angular bluestone.  And it's washed.  It has no granules or soil in it, so it makes a very nice looking

CRC Salomon, Inc.
Office (410) 821-4888

www.crcsalomon.com - info@crcsalomon.com
2201 Old Court Road, Baltimore, MD 21208

Page: 33
Facsimile (410) 821-4889